```
┌─────────────────────────────────────────────────────┐
│ Fill in this information to identify the case:        │
│                                                       │
│ United States Bankruptcy Court for the:               │
│                                                       │
│ __Northern_____ District of _Illinois_____  │
│                                    (State)            │
│ Case number (If known): _____ Chapter __7___  │
└─────────────────────────────────────────────────────┘
```

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1:   Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

### Part 2:   Identify the Debtor

**2. Debtor's name**

Goldmine Investments LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____

_____

_____

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

EIN __ __ - __ __ __ __ __ __ __

**5. Debtor's address**

**Principal place of business**

58 George Street
Number    Street

_____

Grayslake          IL    60030
City              State   ZIP Code

Lake
County

**Mailing address, if different**

_____
Number    Street

_____
P.O. Box

_____
City           State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City           State   ZIP Code

Debtor   Goldmine Investments LLC _____     Case number (if known)_____
         Name

---

6.  **Debtor's website** (URL)  _____

---

7.  **Type of debtor**

☒  Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐  Partnership (excluding LLP)
☐  Other type of debtor. Specify: _____

---

8.  **Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the types of business listed.
☐ Unknown type of business.

---

9.  **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒  No

☐  Yes. Debtor _____   Relationship _____

District _____ Date filed _____   Case number, if known_____
                                         MM / DD / YYYY

Debtor _____   Relationship _____

District _____ Date filed _____   Case number, if known_____
                                         MM / DD / YYYY

---

| **Part 3:** | **Report About the Case** |
| --- | --- |

**10. Venue**

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor    Goldmine Investments LLC
_____
Name

Case number (if known)_____

| 13. **Each petitioner's claim** | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | City of Chicago | Fines/Judgments | $ 1,600,000.00 |
| | | | $ |
| | | | $ |
| | Total of petitioners' claims | | $ 1,600,000.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

---

**Part 4:    Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**

City of Chicago
_____
Name

121 N. LaSalle St., Ste. 400
_____
Number    Street

Chicago                    IL            60602
_____
City                    State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Angelica Harb
_____
Name

121 N. LaSalle St., Ste. 400
_____
Number    Street

Chicago                    IL            60602
_____
City                    State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/06/2025
                MM  / DD / YYYY

✗  _____
Signature of petitioner or representative, including representative's title

Angelica Harb
_____
Printed name

City of Chicago Department of Law
_____
Firm name, if any

121 N. LaSalle St., Ste. 400
_____
Number    Street

Chicago                    IL            60602
_____
City                    State        ZIP Code

Contact phone  312-742-0661    Email  angelica.harb@cityofchicago.org

Bar number  6320748

State  IL

✗  _____
Signature of attorney

Date signed  10/6/2025
                MM  / DD / YYYY

Debtor    Goldmine Investments LLC                                Case number (if known)_____
          Name

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City                          State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                          State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM  / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                          State        ZIP Code

Contact phone  _____    Email _____

Bar number    _____

State         _____

✗ _____
Signature of attorney

Date signed    _____
               MM  / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City                          State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                          State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM  / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                          State        ZIP Code

Contact phone  _____    Email _____

Bar number    _____

State         _____

✗ _____
Signature of attorney

Date signed    _____
               MM  / DD / YYYY