# Notice Recipients

District/Off: 0752–1          User: admin                    Date Created: 2/6/2026

Case: 25–15346              Form ID: 309C                  Total: 3


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Goldmine Investments LLC          58 George Street          Grayslake, IL 60030

tr          Joseph E Cohen          Joseph E. Cohen, Chapter 7 Trustee          Cohen & Krol          790 Estate Drive          Suite 180          Deerfield, IL 60015

31795265    City of Chicago          ATTN: Bk. Dept.          121 N. LaSalle, Ste. 400          Chicago, IL 60602

                                                                                        TOTAL: 3