# Notice Recipients

District/Off: 0752–1             User: admin                Date Created: 6/9/2026

Case: 25–15346                  Form ID: ntcftfc7          Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Goldmine Investments LLC        58 George Street        Grayslake, IL 60030
tr          Ariane Holtschlag, trustee        1245 S Michigan #115        Chicago, IL 60605
31795265    City of Chicago        ATTN: Bk. Dept.        121 N. LaSalle, Ste. 400        Chicago, IL 60602

TOTAL: 3