Form NTCFTFC7

# United States Bankruptcy Court

### Northern District of Illinois

### Eastern Division
### 219 S Dearborn
### 7th Floor
### Chicago, IL 60604

In Re:

Goldmine Investments LLC
58 George Street
Grayslake, IL 60030
SSN: EIN: 00−0000000

Case No. : 25−15346

Chapter : 7

Judge : Michael B Slade

Debtor's Attorney:

Goldmine Investments LLC
58 George Street
Grayslake, IL 60030

Trustee:

Ariane Holtschlag, trustee
1245 S Michigan #115
Chicago, IL 60605

773−645−0737

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *October 6, 2025* .

1. *September 9, 2026* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *September 9, 2026* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: June 9, 2026

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re:

Goldmine Investments LLC

    Debtor

Case No. 25-15346-MBS

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0752-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2026 | Form ID: ntcftfc7 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Goldmine Investments LLC, 58 George Street, Grayslake, IL 60030-1537 |
| tr | + | Ariane Holtschlag, trustee, 1245 S Michigan #115, Chicago, IL 60605-2408 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QARHOLTSCHLAGIL | Jun 10 2026 02:43:00 | Ariane Holtschlag, trustee, 1245 S Michigan #115, Chicago, IL 60605-2408 |
| 31795265 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Jun 09 2026 23:11:00 | City of Chicago, ATTN: Bk. Dept., 121 N. LaSalle, Ste. 400, Chicago, IL 60602 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| Angelica Harb | on behalf of Petitioning Creditor CITY OF CHICAGO angelica.harb@cityofchicago.org |
| Ariane Holtschlag, trustee | |

District/off: 0752-1                              User: admin                              Page 2 of 2

Date Rcvd: Jun 09, 2026                          Form ID: ntcftfc7                        Total Noticed: 3

aholtschlag@ph-firm.com  aholtschlag@ecf.axosfs.com;bkadmin@axosfs.com;ariane.holtschlag@gmail.com

David Paul Holtkamp
                          on behalf of Petitioning Creditor CITY OF CHICAGO David.Holtkamp2@cityofchicago.org
                          maria.carandang@cityofchicago.org

Jaime Dowell
                          on behalf of Petitioning Creditor CITY OF CHICAGO jaime.dowell@cityofchicago.org

Kristina Anne McClure
                          on behalf of Petitioning Creditor CITY OF CHICAGO kristina.mcclure@cityofchicago.org

Laura Lefkow-Hynes
                          on behalf of Petitioning Creditor CITY OF CHICAGO laura.lefkow-hynes@cityofchicago.org  COALservice@cityofchicago.org

TOTAL: 7