# Exhibit 1

| # | Schedule Address | PIN |
|---|---|---|
| 1 | 4928 W KINZIE ST, CHICAGO, IL 60644 | 16-09-230-036-0000 |
| 2 | 4330 W 18TH ST, CHICAGO, IL 60623 | 16-22-402-025-0000 |
| 3 | 6404 S ROCKWELL ST, CHICAGO, IL 60629 | 19-24-211-024-0000 |
| 4 | 8300 S MACKINAW AVE, CHICAGO, IL 60617 | 21-32-202-025-0000 |
| 5 | 9527 S YALE AVE, CHICAGO, IL 60628 | 25-09-203-015-0000 |
| 6 | 12221-12225 S INDIANA AVE, CHICAGO, IL 60628 | 25-27-128-007-0000 |
| 7 | 2148 S Saint Louis Ave | 16-23-416-085-0000 |
| 8 | 8532 S COLFAX AVE, CHICAGO, IL 60617 | 21-31-319-032-0000 |
| 9 | 8448 S MUSKEGON AVE, CHICAGO, IL 60617 | 21-31-409-042-0000 |
| 10 | 906 E 93RD ST, CHICAGO, IL 60619 | 25-02-309-013-0000 |
| 11 | 9418 S CHAMPLAIN AVE, CHICAGO, IL 60619 | 25-03-431-026-0000 |
| 12 | 9413 S CHAMPLAIN AVE, CHICAGO, IL 60619 | 25-03-432-004-0000 |
| 13 | 8633 S Ashland Ave | 20-32-323-009-0000 |
| 14 | 8515 S Muskegon Ave | 21-31-417-007-0000 |
| 15 | 8329 S Brandon Ave | 21-32-200-012-0000 |
| 16 | 7023 S DAMEN AVE, CHICAGO, IL 60636 | 20-19-424-010-0000 |
| 17 | 7538 S ELLIS AVE, CHICAGO, IL 60619 | 20-26-303-027-0000 |
| 18 | 8059 S MARQUETTE AVE, CHICAGO, IL 60617 | 21-31-114-020-0000 |
| 19 | 8232 S HOUSTON AVE, CHICAGO, IL 60617 | 21-31-230-036-0000 |
| 20 | 826 W 50TH ST, CHICAGO, IL 60609 | 20-08-213-031-0000 |
| 21 | 6933 S Bishop St | 20-20-319-017-0000 |
| 22 | 7022-7024 S Elizabeth St | 20-20-330-032-0000 |
| 23 | 7244 S Paulina St | 20-30-213-041-0000 |
| 24 | 6714 S WOLCOTT AVE, CHICAGO, IL 60636 | 20-19-401-028-0000 |
| 25 | 6817 S PAULINA ST, CHICAGO, IL 60636 | 20-19-414-005-0000 |
| 26 | 6819 S PAULINA ST, CHICAGO, IL 60636 | 20-19-414-006-0000 |
| 27 | 6916 S WOLCOTT AVE, CHICAGO, IL 60636 | 20-19-417-027-0000 |
| 28 | 6738 S ELIZABETH ST, CHICAGO, IL 60636 | 20-20-306-035-0000 |
| 29 | 6817 S BISHOP ST, CHICAGO, IL 60636 | 20-20-311-007-0000 |
| 30 | 6815 S ELIZABETH ST, CHICAGO, IL 60636 | 20-20-315-006-0000 |
| 31 | 6929 S BISHOP ST, Chicago, IL 60636 | 20-20-319-016-0000 |
| 32 | 6747 S Bell Ave | 20-19-303-020-0000 |
| 33 | 6236 S ROCKWELL ST, CHICAGO, IL 60629 | 19-13-427-027-0000 |
| 34 | 6423 S HOYNE AVE, CHICAGO, IL 60636 | 20-19-113-009-0000 |

| | | |
|---|---|---|
| 35 | 6444 S HERMITAGE AVE, CHICAGO, IL 60636 | 20-19-212-034-0000 |
| 36 | 6603 S WOLCOTT AVE, CHICAGO, IL 60636 | 20-19-226-002-0000 |
| 37 | 6441 S ASHLAND AVE, CHICAGO, IL 60636 | 20-20-108-015-0000 |
| 38 | 6558 S CHAMPLAIN AVE, CHICAGO, IL 60637 | 20-22-220-044-0000 |
| 39 | 661 E 134TH ST, CHICAGO, IL 60827 | 25-34-403-015-0000 |
| 40 | 701 E 134TH ST, CHICAGO, IL 60827 | 25-34-403-016-0000 |
| 41 | 705 E 134TH ST, CHICAGO, IL 60827 | 25-34-403-017-0000 |
| 42 | 6334 S Loomis Blvd | 20-20-103-035-0000 |
| 43 | 5921 S LAFLIN ST, CHICAGO, IL 60636 | 20-17-302-006-0000 |
| 44 | 5918 S THROOP ST, CHICAGO, IL 60636 | 20-17-305-030-0000 |
| 45 | 5957 S MORGAN ST, CHICAGO, IL 60621 | 20-17-404-024-0000 |
| 46 | 5938 S WINCHESTER AVE, CHICAGO, IL 60636 | 20-18-400-037-0000 |
| 47 | 5922 S HERMITAGE AVE, CHICAGO, IL 60636 | 20-18-404-032-0000 |
| 48 | 5952 S PAULINA ST, CHICAGO, IL 60636 | 20-18-405-043-0000 |
| 49 | 5929 S MARSHFIELD AVE, CHICAGO, IL 60636 | 20-18-407-010-0000 |
| 50 | 6002 S WOLCOTT AVE, CHICAGO, IL 60636 | 20-18-409-026-0000 |
| 51 | 6009 S WOOD ST, CHICAGO, IL 60636 | 20-18-412-004-0000 |
| 52 | 6139 S HONORE ST, CHICAGO, IL 60636 | 20-18-419-017-0000 |
| 53 | 4407 W FULTON ST, CHICAGO, IL 60624 | 16-10-317-020-0000 |
| 54 | 445 N HARDING AVE, CHICAGO, IL 60624 | 16-11-127-052-0000 |
| 55 | 5302 S PEORIA ST, CHICAGO, IL 60609 | 20-08-419-036-0000 |
| 56 | 5711 S LAFLIN ST, CHICAGO, IL 60636 | 20-17-118-005-0000 |
| 57 | 5809 S LAFLIN ST, CHICAGO, IL 60636 | 20-17-126-005-0000 |
| 58 | 5730 S MAY ST, CHICAGO, IL 60621 | 20-17-216-012-0000 |
| 59 | 5705 S PAULINA ST, CHICAGO, IL 60636 | 20-18-222-002-0000 |
| 60 | 45 E 103rd Pl | 25-15-108-006-0000 |
| 61 | 346 W 56TH PL, CHICAGO, IL 60621 | 20-16-200-017-0000 |
| 62 | 354 W 58TH ST, CHICAGO, IL 60621 | 20-16-209-004-0000 |
| 63 | 2264 E 96TH ST, CHICAGO, IL 60617 | 25-12-225-030-0000 |
| 64 | 2356 E 100TH ST, CHICAGO, IL 60617 | 25-12-406-038-0000 |
| 65 | 233 W 108TH ST, CHICAGO, IL 60628 | 25-16-408-009-0000 |
| 66 | 315 W 112TH PL, CHICAGO, IL 60628 | 25-21-212-013-0000 |
| 67 | 412 W 116TH ST, CHICAGO, IL 60628 | 25-21-309-026-0000 |
| 68 | 406 W 116TH ST, CHICAGO, IL 60628 | 25-21-309-028-0000 |
| 69 | 1954 S SPAULDING AVE, CHICAGO, IL 60623 | 16-23-420-042-0000 |
| 70 | 132 E 104TH PL, CHICAGO, IL 60628 | 25-15-112-024-0000 |

| | | |
|---|---|---|
| 71 | 1416 W 110TH PL, CHICAGO, IL 60643 | 25-17-328-022-0000 |
| 72 | 125 W 112TH PL, CHICAGO, IL 60628 | 25-21-214-007-0000 |
| 73 | 1849 W 71st St | 20-30-202-004-0000 |
| 74 | 2116 W 80th Pl | 20-31-110-005-0000 |
| 75 | 1223 E 70TH ST, CHICAGO, IL 60637 | 20-23-419-035-0000 |
| 76 | 10635 S MICHIGAN AVE, CHICAGO, IL 60628 | 25-15-120-036-0000 |
| 77 | 1208 W 109TH ST, CHICAGO, IL 60643 | 25-17-315-036-0000 |
| 78 | 11642 S SANGAMON ST, CHICAGO, IL 60643 | 25-20-409-012-0000 |
| 79 | 11200 S EGGLESTON AVE, CHICAGO, IL 60628 | 25-21-114-015-0000 |
| 80 | 104 W 114TH ST, CHICAGO, IL 60628 | 25-21-222-036-0000 |
| 81 | 100 W 114TH ST, CHICAGO, IL 60628 | 25-21-222-037-0000 |
| 82 | 11845 S PERRY AVE, CHICAGO, IL 60628 | 25-21-428-011-0000 |
| 83 | 12011 S LA SALLE ST, CHICAGO, IL 60628 | 25-28-213-004-0000 |
| 84 | 11730 S Front Ave | 25-22-317-027-0000 |
| 85 | 11734 S Front Ave | 25-22-317-028-0000 |
| 86 | 11736 S Front Ave | 25-22-317-029-0000 |
| 87 | 11732 S Front Ave | 25-22-317-034-0000 |
| 88 | 875 E 87TH ST, CHICAGO, IL 60619 | 25-02-100-046-0000 |
| 89 | 881 E 87TH ST, CHICAGO, IL 60619 | 25-02-100-047-0000 |
| 90 | 885 E 87TH ST, CHICAGO, IL 60619 | 25-02-100-048-0000 |
| 91 | 8708 S Dauphin Ave | 25-02-100-049-0000 |
| 92 | 204 N LAPORTE AVE, CHICAGO, IL 60644 | 16-09-409-019-0000 |
| 93 | 3907 W GRENSHAW ST, CHICAGO, IL 60624 | 16-14-326-021-0000 |
| 94 | 4028 W ADAMS ST, CHICAGO, IL 60624 | 16-15-211-036-0000 |
| 95 | 1335 S KILDARE AVE, CHICAGO, IL 60623 | 16-22-210-012-0000 |
| 96 | 1311 S KEELER AVE, CHICAGO, IL 60623 | 16-22-212-005-0000 |
| 97 | 1349 S KEELER AVE, CHICAGO, IL 60623 | 16-22-212-020-0000 |
| 98 | 1458 S KOMENSKY AVE, CHICAGO, IL 60623 | 16-22-221-046-0000 |
| 99 | 1413 S KOMENSKY AVE, CHICAGO, IL 60623 | 16-22-222-006-0000 |
| 100 | 1631 S KARLOV AVE, CHICAGO, IL 60623 | 16-22-406-014-0000 |
| 101 | 11526 S YALE AVE, CHICAGO, IL 60628 | 25-21-402-028-0000 |
| 102 | 11528 S YALE AVE, CHICAGO, IL 60628 | 25-21-402-029-0000 |
| 103 | 7931 S BURNHAM AVE, CHICAGO, IL 60617 | 21-31-200-011-0000 |
| 104 | 6610 S Loomis St | 20-20-119-021-0000 |
| 105 | 1131 W 110TH PL, CHICAGO, IL 60643 | 25-17-414-010-0000 |
| 106 | 1508 S HAMLIN AVE, CHICAGO, IL 60623 | 16-23-125-015-0000 |

| | | |
|---|---|---|
| 107 | 1909 S HARDING AVE, CHICAGO, IL 60623 | 16-23-318-003-0000 |
| 108 | 1541 S KEDZIE AVE, Chicago, IL 60623 | 16-24-106-001-0000 |
| 109 | 2036 W JAMES ST, CHICAGO, IL 60609 | 20-07-306-009-0000 |
| 110 | 5905 S LA SALLE ST, CHICAGO, IL 60621 | 20-16-405-003-0000 |
| 111 | 5927 S DAMEN AVE, CHICAGO, IL 60636 | 20-18-400-015-0000 |
| 112 | 9835 S MERRILL AVE, CHICAGO, IL 60617 | 25-12-218-034-0000 |
| 113 | 1533 S Homan Ave | 16-23-226-012-0000 |
| 114 | 5212 S WINCHESTER AVE, CHICAGO, IL 60609 | 20-07-408-030-0000 |
| 115 | 5434 S BISHOP ST, CHICAGO, IL 60609 | 20-08-318-028-0000 |
| 116 | 5940 S JUSTINE ST, Chicago, IL 60636 | 20-17-300-032-0000 |
| 117 | 4323 W Monroe St | 16-15-204-013-0000 |
| 118 | 704 W 51ST St | 20-09-113-046-0000 |
| 119 | 505 W 60th Pl | 20-16-313-039-1017 |
| 120 | 7545 S. Oglesby Ave | 20-25-407-017-0000 |
| 121 | 10646 S LAFAYETTE AVE, CHICAGO, IL 60628 | 25-16-220-004-0000 |
| 122 | 1115 - 1117 W 110TH PL, CHICAGO, IL | 25-17-414-015-0000 |
| 123 | 1010 E 79th St | 20-26-321-029-1007 |
| 124 | 11331 S Drake Ave | 24-23-209-065-0000 |
| 125 | 10342 S Lowe Ave | 25-16-102-044-0000 |
| 126 | 1152 W 110th Pl | 25-17-412-023-0000 |
| 127 | 10203 S Escanaba Ave | 26-07-301-002-0000 |
| 128 | 10205 S Escanaba Ave | 26-07-301-003-0000 & 26-07-301-004-0000 |
| 129 | 10217 S Escanaba Ave | 26-07-301-007-0000 |
| 130 | 10221 S Escanaba Ave | 26-07-301-008-0000 |
| 131 | 1339 W MARQUETTE RD, CHICAGO, IL 60636 | 20-20-304-007-0000 |
| 132 | 1219 W 110TH ST, CHICAGO, IL 60643 | 25-17-330-016-0000 |
| 133 | 144 - 148 E 127TH ST, CHICAGO, IL | 25-28-425-001-0000 |
| 134 | 144 - 148 E 127TH ST, CHICAGO, IL | 25-28-425-002-0000 |
| 135 | 144 - 148 E 127TH ST, CHICAGO, IL | 25-28-425-003-0000 |
| 136 | 1335 S Keeler Ave | 16-22-212-015-0000 |
| 137 | 1241 W 107th Pl | 25-17-307-007-0000 |
| 138 | 1206 W 112th St | 25-20-106-037-0000 |
| 139 | 1208 W 112th St | 25-20-106-038-0000 |
| 140 | 841 N LOCKWOOD AVE, CHICAGO, IL 60651 | 16-04-330-007-0000 |
| 141 | 924 W 87TH ST, CHICAGO, IL 60620 | 20-32-430-034-0000 |
| 142 | 7813 S Jeffery Ave | 20-25-424-037-0000 |

| | | |
|---|---|---|
| 143 | 1039 E 71st St a/k/a 7103 S Dobson Ave | 20-26-104-002-0000 |
| 144 | 7827 S Drexel Ave | 20-26-319-010-0000 |
| 145 | 706 W 81st Pl | 20-33-117-024-0000 |
| 146 | 7631 S Coles Ave | 21-30-404-042-0000 |
| 147 | 538 W 61ST ST, CHICAGO, IL 60621 | 20-16-313-024-0000 |
| 148 | 6133 S DAMEN AVE, CHICAGO, IL 60636 | 20-18-416-012-0000 |
| 149 | 33 E 103RD PL, CHICAGO, IL 60628 | 25-15-108-001-0000 |
| 150 | 4950 W Huron St | 16-09-206-025-0000 |
| 151 | 4939 W Race Ave | 16-09-222-007-0000 |
| 152 | 6135 S Damen Ave | 20-18-416-013-0000 |
| 153 | 350 E 116th St | 25-22-306-081-0000 |
| 154 | 206 N LOCKWOOD AVE, CHICAGO, IL 60644 | 16-09-311-036-0000 |
| 155 | 12205 S STATE ST, Chicago, IL 60628 | 25-27-126-002-0000 |
| 156 | 10712 S LA SALLE ST, CHICAGO, IL 60628 | 25-16-403-022-0000 |
| 157 | 10317 S Sangamon St | 25-17-205-011-0000 |
| 158 | 11757 S Morgan St | 25-20-416-022-0000 |
| 159 | 5538 S ASHLAND AVE, CHICAGO, IL 60636 | 20-18-207-026-0000 |
| 160 | 6941 S STEWART AVE, Chicago, IL 60621 | 20-21-411-013-0000 |
| 161 | 9523 S HARVARD AVE, Chicago, IL 60628 | 25-09-201-013-0000 |
| 162 | 11433 S HARVARD AVE, CHICAGO, IL 60628 | 25-21-225-015-0000 |
| 163 | 11043 S Vincennes Ave | 25-18-422-001-0000 |
| 164 | 11045 S Vincennes Ave | 25-18-422-002-0000 |
| 165 | 1113 W 111th St | 25-20-200-020-0000 |
| 166 | 12423 S Emerald Ave | 25-28-309-010-0000 |
| 167 | 2101 W 54th Pl | 20-07-321-017-0000 |
| 168 | 4621 W 47th St | 19-10-103-003-0000 |
| 169 | 1001 W 111th Pl | 25-20-207-039-0000 |
| 170 | 1000 W 112th St | 25-20-207-038-0000 |
| 171 | 7915 - 7917 S DR MARTIN LUTHER KING JR DR, CHICAC | 20-34-200-006-0000 |
| 172 | 11741 S NORMAL AVE, Chicago, IL 60628 | 25-21-325-013-0000 |
| 173 | 728 W Jackson Blvd | 17-16-110-025-1423 |
| 174 | 11749 S Union Ave | 25-21-321-004-0000 |
| 175 | 422 N Lanwdale Ave | 16-11-131-041-0000 |
| 176 | 762 E 95th St | 25-03-433-023-0000 |
| 177 | 10203-10207 S Aberdeen St | 25-08-426-002-0000 & 25-08-425-004-0000 |
| 178 | 742 E 95th St | 25-03-433-023-0000 |

| | | |
|---|---|---|
| 179 | 33 E. 103rd Pl., Chicago, IL 60628 | 25-15-108-001-0000 |
| 180 | 4950 W. Huron St., Chicago, IL 60644 | 16-09-206-025-0000 |
| 181 | 538 W. 61st St., Chicago, IL 60621 | 20-16-313-024-0000 |
| 182 | 6133 S. Damen Ave., Chicago, IL 60636 | 20-18-416-012-0000 |