# Exhibit 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 24-15381 |
| B.A.S.S. & M., Inc., et al., | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE AMENDED SALES PROCEDURES**

This matter coming before the Court on the Chapter 7 Trustee's Motion to Approve Amended Sales Procedures (the "Motion"), IT IS HEREBY ORDERED:

1. The Motion is Granted;

2. The Trustee is authorized and granted ongoing authority to sell the real property of these bankruptcy estates' under the following terms:

a. For sales of any individual parcel of real estate for an amount equal to or greater than $5,000.00, the Trustee may complete the sale and transfer of the parcel without further notice or Court order.

b. For sales of any individual parcel of real estate for an amount less than $5,000.00, the Trustee shall send 14 days' notice of the proposed sale to all parties to this case registered in the CM/ECF system by filing the notice on the Court's docket, who may then file an objection and request hearing. If no hearing is requested on or before the 14th day, the Trustee may proceed with the sale without further order of the Court.

c. The Trustee shall evaluate the property and any proposed purchase based on information in her possession and negotiate a sale price in her business judgment.

d. The Trustee may execute and record any documents or do any act that is required to effectuate any such sale.

e. All sales completed under this Order are free and clear of all liens and encumbrances with liens attached to proceeds.

f. The sale proceeds will constitute property of the Estates and shall be delivered to the Estates (with cash proceeds being deposited into the Trustee's account for these cases).

g. Any funds distributed by the Trustee from the sale of properties shall constitute “moneys disbursed or turned over in the case by the trustee” within the meaning of Section 326 of the Bankruptcy Code and the Trustee's commission shall be paid from all proceeds before any other disbursements, including any disbursements to DIP Lender or the City.

h. After paying the Trustee's commission, and any allowed administrative expenses of the Estates,

proceeds of any sale will be disbursed as follows:

i. Any sale in process prior to conversion to chapter 7 shall be paid 100% to the DIP Lender;

ii. On any other sale, the first $1,500,000 recovered will be split 65% to the DIP Lender and 35% to the City; any recovery after the first $1,500,000 will be split 40% to the DIP Lender and 60% to the City;

iii. The DIP Lender's claim is capped at a total of $4,000,000 and it is not entitled to any further payments above that amount;

iv. The funds paid to the City will be applied to the secured portion of its claim first.

i. After the DIP Lender and the City's secured claim are satisfied in full, the Trustee shall retain all proceeds and distribute them to all remaining creditors in accordance with the Bankruptcy Code.

j. To the extent Bankruptcy Rule 6004 applies, it is waived and the Trustee may begin selling the properties immediately under the terms provided above.

Enter: Donald R. Cassling

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: January 06, 2026

**Prepared by:**

Ariane Holtschlag (6294327)
1245 S. Michigan, #115
Chicago, IL 60605
Tel: (773) 645-0737
Email: aholtschlag@ph-firm.com