UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 25-15346 |
| Goldmine Investments LLC | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Michael B. Slade |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY NICK METROU AND LEGACY PROPERTIES AS REALTOR EFFECTIVE AUGUST 1, 2026**

This matter having been presented to the Court pursuant to the Trustee's Application to Employ Nick Metrou and Legacy Properties as Realtor Effective August 1, 2026, the Court being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED that the Application is granted as follows:

1. The Trustee is authorized to employ Nick Metrou and the firm of Legacy Properties, A Sarah Leonard Company, LLC as her realtor effective August 1, 2026, on the terms described in the Application.

2. Payment of compensation is subject to further order of this Court.

Enter:

Honorable Michael B. Slade
United States Bankruptcy Judge

Dated: September 02, 2026

**Prepared by:**

Jeffrey K. Paulsen (6300528)
Ariane Holtschlag (6294327)
Paulsen & Holtschlag, LLC
1245 S. Michigan, #115
Chicago, IL 60605
Tel: (773) 645-0737
Email: aholtschlag@ph-firm.com