**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Hon. Michael B. Slade |
| **GOLDMINE INVESTMENTS LLC,** | Case No. 25-bk-15346 |
| Debtor. | Chapter 7 |

# CERTIFICATE OF SERVICE

I, Angelica Harb, an attorney, hereby certify that I emailed Keith Moll at keithmoll@gmail.com on September 23, 2026 to notify him of the 1) September 23, 2026 court results 2) §341 meeting on October 2, 2026 and 3) October 14, 2026 status date. I further certify that I mailed the attached letter to Keith Moll and Goldmine Investments LLC on September 25, 2026 via United States Postal Service. I caused a copy of this Certificate of Service to be served via the court's electronic noticing system for Registrants on those designated to receive such service as provided on the attached Service List and on Non-Registrants via United States Postal Service as provided on the attached Service List.

/s/ Angelica Harb

Angelica Harb (ARDC# 6320748)
Assistant Corporation Counsel
City of Chicago Department of Law
121 N La Salle St., Ste. 400
Chicago, Illinois 60602
(312) 742-0661 / angelica.harb@cityofchicago.org
COALservice@cityofchicago.org

**SERVICE LIST**

Registrants
(Via CM/ECF)

- Adam G. Brief Ustpregion11.es.ecf@usdoj.gov
- David Paul Holtkamp david.holtkamp2@cityofchicago.org
- Jaime Dowell jaime.dowell@cityofchicago.org
- Angelica Harb angelica.harb@cityofchicago.org

Non-Registrants
(Via U.S.P.S.)

Goldmine Investments LLC
c/o Keith Moll, Manager and Registered Agent
58 George Street
Grayslake, Illinois 60030

Keith Moll
58 George Street
Grayslake, Illinois 60030

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Hon. Michael B. Slade |
| **GOLDMINE INVESTMENTS LLC,** | Case No. 25-bk-15346 |
| Debtor. | Chapter 7 |

September 25, 2026

Via U.S. Mail
Keith Moll
58 George Street
Grayslake, Illinois 60030

Goldmine Investments LLC
c/o Keith Moll, Manager and Registered Agent
58 George Street
Grayslake, Illinois 60030

Keith Moll and Goldmine Investments LLC,

This is a courtesy letter that the § 341 meeting of creditors is scheduled for October 2, 2026, at 4:00pm with Trustee Ariane Holtschlag. Her contact information is aholtschlag@ph-firm.com or 773-645-0737.

This case is next in court on October 14, 2026 at 11:15 a.m. in Courtroom 642 at 219 S. Dearborn St., Chicago, IL 60604 or via zoom Meeting ID: 160 817 7512 and Passcode: 623389, for general status and status on the City of Chicago's motion to compel compliance with the January 28, 2026 court order. The order directed you to complete and file the required bankruptcy schedules, attend the § 341 meeting, and cooperate with the Trustee. On September 23, 2026, the Trustee informed the Court that no § 341 documents were received. As of today's date, the bankruptcy schedules have also not been filed. Please ensure that you 1) file the necessary bankruptcy schedules 2) submit the required § 341 documents to Trustee Ariane Holtschlag 3) attend the § 341 meeting on October 2, 2026, at 4:00pm and 4) attend the October 14, 2026 court date.

Please contact me with questions or if you need additional information. My contact information is 312-742-0661 or angelica.harb@cityofchicago.org.

Angelica Harb
Assistant Corporation Counsel

Angelica Harb
Assistant Corporation Counsel
City of Chicago Department of Law
121 N La Salle St., Ste. 400
Chicago, Illinois 60602
(312) 742-0661 / angelica.harb@cityofchicago.org
COALservice@cityofchicago.org