**Fill in this information to identify the case:**

Debtor name Goldmine Investments LLC

United States Bankruptcy Court for the: Northern District : Eastern Division District of Illinois (State)

Case number (If known): 25-bk-15346

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 25 2026
JEFFREY P. ALLSTEADT, CLERK

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ 6,712,174.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ 275.00 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ 6,712,449.00 |

### Part 2: Summary of Liabilities

| | |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ 5,249,644.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ 0 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | + $ 0 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 5,249,644.00 |