# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Goldmine Investments LLC,** | Bankruptcy No.25-15346 |
| Debtor. | Hon. Michael B Slade |

## RENOTICE 341 MEETING

**Please take notice** that the 341 meeting date has been reset for:

November 16, 2026 at 4:00 p.m.

The meeting will be conducted by Zoom and you may join the meeting using the following Meeting ID and Passcode:

Link: https://us02web.zoom.us/j/6664032831?pwd=V3BkQTNaUXIzUlczYTBNZnRMR2JtUT09

Meeting ID: 666 403 2831

Passcode: 7880310372

Dated: October 7, 2026

**Ariane Holtschlag,** not individually but as the chapter 7 trustee of the bankruptcy estate of Goldmine Investments LLC

By: */s/ Ariane Holtschlag*

Jeffrey K. Paulsen (6300528)
Ariane Holtschlag (6294327)
**Paulsen & Holtschlag, LLC**
1245 S. Michigan, #115
Chicago, IL 60605
Tel: (773) 645-0737
Email: aholtschlag@ph-firm.com

## CERTIFICATE OF SERVICE

I, Ariane Holtschlag, an attorney,

☑ an attorney, certify

—or—

☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on October 7, 2026.

*/s/ Ariane Holtschlag*

## SERVICE LIST

**Registrants in the Case**
(Service via ECF)

| | |
|---|---|
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| Jaime Dowell | jaime.dowell@cityofchicago.org |
| Angelica Harb | angelica.harb@cityofchicago.org |
| David Paul Holtkamp | David.Holtkamp2@cityofchicago.org, maria.carandang@cityofchicago.org |
| Ariane Holtschlag | aholtschlag@ph-firm.com, aholtschlag_277@ecf.courtdrive.com;Holtschlag.ArianeB138711@notify.bestcase.com |
| Ariane Holtschlag, trustee | aholtschlag@ph-firm.com, aholtschlag@ecf.axosfs.com;bkadmin@axosfs.com;ariane.holtschlag@gmail.com |
| Laura Lefkow-Hynes | laura.lefkow-hynes@cityofchicago.org, COALservice@cityofchicago.org |
| Kristina Anne McClure | kristina.mcclure@cityofchicago.org |

**Non-Registrants**
(Service via first-class U.S. Mail, see attached list)

| Name | Address1 | Address2 | Address3 |
|---|---|---|---|
| City of Chicago | 121 N. LaSalle St., Ste | Chicago, IL 60602 | |
| Cook County Assessor | 118 N. Clark St., Room 320 | Chicago, IL 60602 | |
| Cook County | Attn: Toni Preckwinkle, County Board President | 118 N Clark St Room 1018 | Chicago, IL 60602 |
| Cook County | Attn: Monica Gordon, County Clerk | 69 W Washington | Chicago, IL 60602 |
| Cook County Land Bank Authority | Attn: Bridget Gainer, Chairwoman | 69 W Washington St Ste 3145 | Chicago, IL 60602 |
| Cook County | c/o Monica Gordon, Cook County Clerk | 118 N. Clark St Suite 230 | Chicago, IL 60602 |
| Cook County Land Bank Authority | c/o Ruth Sosniak | 69 W. Washington St Suite 3100 | Chicago, IL 60602 |
| Gatherlight Terr | Attn: Adrienne Vinson | 4407 S Shields Ave. | Chicago, IL 60609 |
| Lake Park Realty LLC | c/o Mikael David | 1735 E 71st Street | Chicago, IL 60649 |
| Tapia Daniel | 11421 S Western Ave | Chicago, IL 60643 | |
| Adrienne Vinson | 4407 S. Shields Ave | Chicago, IL 60609 | |
| Chicago Department of Law | Attn Bankruptcy Unit | 121 N LaSalle St Suite 400 | Chicago, IL 60602-1264 |
| Cook County Collector | 118 N Clark Room 112 | Chicago, IL 60602-1332 | |
| Daniel Tapia | 826 W 50th St | Chicago, IL 60609 | |
| First National Assets | 11749 S Union | Chicago, IL 60628-5829 | |
| Goldmine Investments LLC | 58 George Street | Grayslake, IL 60030-1537 | |
| Integrity Tax | 11741 S Normal | Chicago, IL 60628-5332 | |
| Sir & Consultants | 1508 S Hamlin | Chicago, IL 60623 | |
| Jonathan S Safron | 345 N Loomis St., 101-103 | Chicago, IL 60607 | |
| Goldmine Investments LLC | c/o Keith Moll, Manager and R.A. | 58 George Street | Grayslake, IL 60030 |
| Keith Moll | 58 George Street | Grayslake, IL 60030 | |